# Third District Court of Appeal

## State of Florida

Opinion filed April 19, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1732
Lower Tribunal No. 21-15477

_____

**W.G., the Father,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Angélica D. Zayas, Judge.

Thomas Butler, P.A., and Thomas J. Butler, for appellant.

Karla Perkins, for appellee Department of Children & Families; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals (Tallahassee), for appellee Guardian ad Litem.

Before HENDON, GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Fla. Dep't of Child. & Families v. A.R., 253 So. 3d 1158, 1164 (Fla. 3d DCA 2018) ("Appellate review of a termination of parental rights case is 'highly deferential. . . . a finding that evidence is clear and convincing enjoys a presumption of correctness and will not be overturned on appeal unless clearly erroneous or lacking in evidentiary support.'" (quoting C.G. v. Dep't of Child. & Families, 67 So. 3d 1141, 1143 (Fla. 3d DCA 2011))); J.E. v. Dep't of Child. & Families, 126 So. 3d 424, 427 (Fla. 4th DCA 2013) ("While a trial court's decision to terminate parental rights must be based on clear and convincing evidence, our review is limited to whether competent substantial evidence supports the trial court's judgment." (quoting J.G. v. Dep't of Child. & Families, 22 So. 3d 774, 775 (Fla. 4th DCA 2009))).